LODGED

1  Wendy A. Woldt      Bar No. 102041
   Julie A. August     Bar No. 166513
2  WOLDT & ASSOCIATES, *A Professional Law Corporation*
   2377 Crenshaw Boulevard, Suite 260
3  Torrance, California  90501-3345
   Telephone:  (310) 783-1800
4  Facsimile:   (310) 783-1803

5  Attorneys for Defendant
   ITT Educational Services, Inc.

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BENNY BERN, | CASE NO.: CV04-3045 CAS (CWx) |
| 12              Plaintiff, | [Assigned for All Purposes to the Honorable Christina A. Snyder] |
| 13  v. | |
| 14 | **STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE;** |
| 15  ITT EDUCATIONAL SERVICES, INC. | [~~PROPOSED~~] ORDER |
|     and DOES 1-10 inclusive, | |
| 16 | Current Date:    August 16, 2004 |
|              Defendants. | Time:           11:00 a.m. |
| 17 | Place:          Courtroom 5 |
| 18 | |
| 19 | |
| 20 | |

        Plaintiff Benny Bern ("plaintiff") and defendant ITT Education Services, Inc.
21
   ("defendant") (collectively "parties"), by and through their respective attorneys of
22
   record herein, hereby agree and stipulate to the entry of an Order continuing the
23
   August 16, 2004 Scheduling Conference in the above-captioned action
24
   ("Stipulation").
25
        The terms of the Stipulation to which the parties have agreed are set forth
26
   herein and based on the following recitals:
27
   / / /
28

DOCKETED ON CM

AUG 16 2004

BY                      007

1

## RECITALS

**WHEREAS** on or about August 3, 2004, the Court issued an Order Setting Scheduling Conference ("Order") for August 16, 2004 at 11:00 a.m. in Courtroom 5;

**WHEREAS** the Order, as well as the Federal Rules of Civil Procedure, require the parties to disclose information and confer on a discovery plan at least 21 days prior to the Scheduling Conference and to submit a joint report 14 days before the Scheduling Conference;

**WHEREAS** given the short notice provided, the parties will be unable to comply with the foregoing;

**WHEREAS** following their receipt of the Order on or about August 5, 2004, the parties discussed a date for conferring;

**WHEREAS** the first date counsel for both parties were available to meet and confer is August 12, 2004;

**WHEREAS** the parties will not be able to submit a joint report until August 13, 2004;

**WHEREAS** James P. Stoneman, II, counsel for plaintiff, had a deposition in another matter previously set for August 16, 2004;

**WHEREAS** both Wendy A. Woldt and Julie A. August, counsel for defendant, are scheduled to appear for jury duty on August 16, 2004 in Los Angeles Superior Court, South Central District;

**NOW, THEREFORE**, the parties stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

## STIPULATION

The parties agree and stipulate to continue the Scheduling Conference from August 16, 2004 to August 23, 2004, or such date thereafter as the Court so orders.

DATED: August 11, 2004

James P. Stoneman, II
LAW OFFICES OF JAMES P. STONEMAN, II

By: _____
James P. Stoneman, II
Attorneys for Plaintiff Benny Bern

DATED: August 11, 2004

Wendy A. Woldt
Julie A. August
WOLDT & ASSOCIATES,
*A Professional Law Corporation*

By: _____
Julie A. August
Attorneys for Defendant ITT Educational Services, Inc.

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED AS FOLLOWS:

1. The Scheduling Conference is continued from August 16, 2004 at 11:00 a.m. to AUGUST 30, 2004 at 11:00 a.m. in Courtroom 5.

DATED: 8/13/04 _____
*Christina A. Snyde*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

3

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF LOS ANGELES )

   I, the undersigned, am a resident of the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is 2377 Crenshaw Boulevard, Suite 260, Torrance, California 90501-3345.

   On August 11, 2004, I served the within document, entitled:

## STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE; [PROPOSED] ORDER THEREON

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope in the United States Postal Service's mail box located at 2377 Crenshaw Boulevard, Suite 260, Torrance, California, 90501-3345, addressed as follows:

   **James P. Stoneman II**
   **LAW OFFICES OF JAMES P. STONEMAN II**
   **100 West Foothill Boulevard**
   **Claremont, CA 91711**

[X]  **(BY MAIL)** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mail delivery. Under that ordinary business practice, the document to be mailed is sealed in an envelope with postage thereon fully prepaid and then deposited in a box or other facility located in Torrance, California, which box or facility is regularly maintained by the United States Postal Service.

[X]  **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

   Executed on August 11, 2004, at Torrance, California.

   _Juliana Contreras_                    _Juliana Contreras_
   (Type or Print Name)                        (Signature)

4